UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

AMBER LEA RUNAU                                                                    PLAINTIFF
ADC #719205

V.                          No. 4:22-CV-01062-BSM-JTR

BAXTER COUNTY, ARKANSAS;
BAXTER COUNTY DETENTION CENTER                                    DEFENDANTS

## TRANSFER ORDER

Plaintiff Amber Lea Runau ("Runau"), a prisoner in the McPherson Unit of the Arkansas Division of Correction ("ADC"), has filed a *pro se* § 1983 Complaint alleging unconstitutional conditions of confinement during her time incarcerated in the Baxter County Detention Center ("BCDC"). *Doc. 1*.

The federal venue statute provides that, in a case that is not based on diversity jurisdiction, venue is proper in the judicial district where "any defendant resides" or "a substantial part of the events or omissions giving rise to the claim occurred." *See* 28 U.S.C. § 1391(b). According to Runau's Complaint, the events giving rise to this lawsuit all occurred at the BCDC, which is located in the Western District of Arkansas. Likewise, she seeks to sue Baxter County, which is in the Western District of Arkansas.

Accordingly, the interest of justice will best be served by transferring this case to the United States District Court for the Western District of Arkansas. 28 U.S.C. §

1404(a) ("For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought.").

IT IS THEREFORE ORDERED THAT this case is IMMEDIATELY TRANSFERRED to the United States District Court for the Western District of Arkansas.

DATED this 2nd day of November, 2022.

_____
UNITED STATES MAGISTRATE JUDGE